UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 21-10070-CIV-MARTINEZ-SANCHEZ

PENNY PHELPS,

    Plaintiff,

v.

SHERIFF RICK RAMSAY, in his Official and
Individual capacities, CARA HIGGINS,
LAUREN JENAI, and FRANKLIN TUCKER,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Ramsay's Motion for Bill of Costs ("Motion"), (ECF No. 167). (ECF No. 169). Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 185). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's R&R, (ECF No. 185), is **AFFIRMED** and **ADOPTED**.

2. Defendant Ramsay's Motion, (ECF No. 167), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. Defendant shall be awarded **$6,596.06** in taxable costs.

**DONE AND ORDERED** in Miami, Florida, this _13_ day of February, 2025.

                                                                       JOSE E. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record