UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 21-10070-CIV-MARTINEZ-SANCHEZ

PENNY PHELPS,

    Plaintiff,

v.

SHERIFF RICK RAMSAY, in his Official and
Individual capacities, CARA HIGGINS,
LAUREN JENAI, and FRANKLIN TUCKER,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Ramsay's Motion for Attorneys' Fees and Nontaxable Costs ("Motion"), (ECF No. 186). (ECF No. 187). Judge Sanchez filed an R&R, (ECF No. 189), recommending that the Motion be **DENIED**. Defendant Ramsay filed objections to the R&R ("Objections"), (ECF No. 190), to which Plaintiff responded, (ECF No. 191).

Defendant Ramsay agrees with the R&R's determination that the three *Sullivan* factors were met but argues that the R&R's finding that Plaintiff's claims against Defendant Ramsay were not frivolous because the matter required close attention and review by the Court was erroneous. (ECF No. 190). He contends that the R&R's focus on the facts that Plaintiff survived a motion to dismiss, the summary judgment order devoted 25 pages to refuting Plaintiff's arguments, and Plaintiff satisfied the first three elements of her *prima facie* case is misplaced. (*Id.* at 8). Plaintiff responds that the R&R correctly determined that the matter required close and careful attention

and review by the Court because her claims were not groundless and, as such, not frivolous. (ECF No. 191).

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record, agrees with Judge Sanchez that, "although the issue is a close one . . . Plaintiff's discrimination claims were not so lacking in arguable merit as to be groundless or without foundation, and therefore were not frivolous, and as a result, an award of attorneys' fees to Defendant Sheriff Ramsay under 42 U.S.C. § 2000e-5(k) is not warranted." (ECF No. 189 at 7–8 (cleaned up)).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Sanchez's Report and Recommendation, (ECF No. 189), is **AFFIRMED** and **ADOPTED**.
2. Defendant Ramsay's Objections, (ECF No. 190), are **OVERRULED**.
3. Defendant Ramsay's Motion, (ECF No. 186), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of September, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record